UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA J. CANTU,<br><br>       Plaintiff,<br><br>   v.<br><br>OFFICER M. GARCIA; et al.,<br><br>       Defendants.<br>                             / | No. C 09-191 SI (pr)<br><br>**ORDER OF TRANSFER** |

Joshua J. Cantu filed this civil rights action under 42 U.S.C. § 1983, complaining of acts and omissions that occurred at the Kern Valley State Prison in Delano, California as he was transferred to that prison from Calipatria State Prison. Delano is in Kern County, within the venue of the Eastern District of California. The defendants apparently are employees of the Kern Valley State Prison and apparently reside in the Eastern District of California. Venue therefore properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter.

IT IS SO ORDERED.

Dated: January 26, 2009

                                                       _____
                                                            SUSAN ILLSTON
                                                      United States District Judge